UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARRY JAMES BURDICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN J.L. NORWOOD, et al.,<br><br>　　　　Defendant(s). | No. EDCV 09-1977-JHN (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment be entered dismissing the First Amended Complaint with prejudice.

DATED: August 5, 2010

　　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE