# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HARRY JAMES BURDICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN J.L. NORWOOD, et al.,<br><br>　　　　Defendant(s). | No. EDCV 09-1977-JHN (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Plaintiff's First Amended Complaint is dismissed with prejudice.

DATED: August 5, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE