**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HARRY JAMES BURDICK,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN J.L. NORWOOD, et al.,<br><br>    Defendant(s). | No. EDCV 09-1977-JHN (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the First Amended Complaint with prejudice.

DATED: February 8, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE