UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARRY JAMES BURDICK, | No. EDCV 09-1977-JHN (AGR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WARDEN J.L. NORWOOD, et al., | |
| Defendant(s). | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Plaintiff's First Amended Complaint is dismissed with prejudice.

DATED: February 8, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE